THOMAS E. WINNER
Nevada Bar No. 5168
JONATHAN L. POWELL
Nevada Bar No. 9153
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059

Attorneys for *Omni Pacifica, Inc.,*
*One Way Delivery, Inc., Transco Leasing, Co.,*
*and TEC Equipment, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TYRONE PRICE and DEANNA RICHARDSON, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>JOEL FONSECAMOLLER, individually; OMNI PACIFICA, INC. d/b/a ONE WAY DELIVERY; ONE WAY DELIVERY, INC.; TRANSCO LEASING CO., INC. d/b/a TEC LEASING d/b/a TEC EQUIPMENT LEASING; TEC EQUIPMET, INC.; and DOES 1 to 100, ROE CORPORATIONS 1 TO 100, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:18-cv-00638-JAD-PAL<br><br>**STIPULATION TO EXTEND TIME FOR FILING DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND ANSWER** |

**COME NOW** Defendants OMNI PACIFICA, INC., ONE WAY DELIVERY, INC.

TRANSCO LEASING CO., INC., and TEC EQUIPMENT, INC.[1], by and through their attorneys of record, THOMAS E. WINNER and JONATHAN L. POWELL, of the law firm ATKIN WINNER & SHERRROD, and Plaintiffs TYRONE PRICE and DEANNA RICHARDSON, by and through their counsel of record, FARHAN R. NAQVI, of the law firm of NAQVI INJURY LAW, and hereby stipulate and agree to extend the time for Defendants to file a Certificate of Interested Parties and an Answer.

Defendant agrees to file the Certificate of Interested Parties and the Answer by May 17, 2018.

Dated this 10th day of May, 2018

Dated this 10th day of May, 2018

By /s/ Elizabeth Coleman

Farhan Naqvi, Esq.
Nevada Bar No. 8589
Elizabeth Coleman
Nevada Bar No. 12350
Naqvi Injury Law
9500 W. Flamingo Road
Suite 104
Las Vegas, Nevada 89147
(702) 553-1000
ATTORNEY FOR PLAINTIFF

By /s/ Jonathan Powell

Thomas E. Winner
Nevada Bar No. 5168
Jonathan L. Powell
Nevada Bar No. 9153
Atkin Winner & Sherrod
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 243 – 7000
ATTORNEY FOR DEFENDANT

**IT IS SO ORDERED** this 15th day of May, 2018.

Peggy A. Leen
United States Magistrate Judge

---

[1] At this time, Defendant JOEL FONSECAMOLLER has not been served and therefore Defendant JOEL FONSECAMOLLER is not filing an Answer to Plaintiff's Complaint until such time as service is perfected.

Page 2 of 2

1040751.DOC.WPD.DOC